Amended Complaint
Case Name: Smith v. Chick-Fil-A Inc. etc al.
Case Number: 2:19-cv-00128-WKW-SRW

(1) Diversity Jurisdiction Chick-Fil-A Inc. is located in Atlanta, Georgia and I live in the State of Alabama.
(2) Title II violation.
(3) Violation of Civil Rights Act of 1964 as it pertains to Race and Gender. I am a Black American Male. The Chick-Fil-A manager is a white female.
(4) Added Defendants: (C) Mr Hubert CEO Regions Bank Inc.
(A) Dr David Bronner CEO of the Retirement Systems of Alabama.
(B) Chick-Fil-A Inc. CEO Dan Cathy
(5) Compensatory and Punitive damages in the amount of $2 million and for a pattern of discrimination carried out by Chick-Fil-A against me please see prior Chick-Fil-A case.
(6) These allegations as well as allegations set forth in the original complaint such as wire fraud etc. Also food stamps increased to $194 per month.

Peter R. Smith
Plaintiff
Date: 11-7-2019

(2)

NAME _____
_____
_____



Place Stamp Here



STANDARD