IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-128-WKW |
| | ) | [WO] |
| CHICK-FIL-A RSA REGIONS | ) | |
| TOWER and CHICK-FIL-A, INC., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge has entered a Recommendation that Plaintiff Peter J. Smith's amended complaint be dismissed prior to service of process and that Plaintiff's motion to amend the complaint be denied as moot. (Doc. # 16.) Plaintiff has filed objections. (Doc. # 17.) Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), the court finds that the Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objections (Doc. # 17) are OVERRULED;

(2) The Recommendation (Doc. # 16) is ADOPTED; and

(3) Plaintiff's Amended Complaint (Doc. # 14) is DISMISSED; and

(4) Plaintiff's Motion to Amend the Complaint (Doc. # 15) is DENIED as moot.

DONE this 12th day of December, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE